IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:22-cv-10759 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN MCEACHERN, ) | |
| ) | |
| Defendant ) | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

To the Clerk:

Pursuant to Fed. R. Civ. P. 55(a), the plaintiff United States of America requests that the Clerk enter default against the defendant John McEachern for failure to plead or otherwise defend. Defendant was personally served with the summons and complaint at his residence under Fed. R. Civ. P. 4(e) on May 19, 2022. *See* ECF No. 3. The deadline for Defendant to answer or otherwise defend under Fed. R. Civ. P. 12 was June 9, 2022, which is 21 days after the date of service.

WHEREFORE, the plaintiff United States of America requests that the Clerk enter default against the defendant, John McEachern.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

        U.S. Department of Justice, Tax Division

        */s/ Daniel M. Caves*
        DANIEL M. CAVES
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 55
        Washington, D.C. 20044
        202-514-6058 (v)
        202-514-5238 (f)
        Daniel.M.Caves@usdoj.gov

Local Counsel:

DAWN N. ISON
United States Attorney

SUSAN K. DeCLERCQ (P60545)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI  48226
(313) 226-9149
susan.declercq@usdoj.gov

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

      I hereby certify that that I filed the foregoing document with the Clerk of Court using the CM/ECF system on June 23, 2022. I further certify that on the same date I caused the foregoing document to be mailed by the United States Postal Service to the following non-CM/ECF participants:

John McEachern
1644 Black Maple Drive
Rochester Hills, MI 48309

                                        */s/ Daniel M. Caves*
                                        DANIEL M. CAVES
                                        Trial Attorney