UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

            Plaintiff(s),

v.                                          Case No. 2:22–cv–10759–LJM–APP
                                            Hon. Laurie J. Michelson

John McEachern,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  John McEachern

  The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                       KINIKIA D. ESSIX, CLERK OF COURT

                                       By: s/ D. Allen
                                            Deputy Clerk

Dated:  June 23, 2022